# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| DEBRAH CHANDLER,<br>    Plaintiff,<br><br>v.<br><br>MICHAEL ASTRUE, Commissioner,<br>Social Security Administration,<br>    Defendant. | CIVIL ACTION NO.<br>3:10cv1033 (SRU) |

## ORDER

The defendant, Michael Astrue, the Commissioner of the Social Security Administration ("Commissioner"), moves for the entry of judgment with a reversal and remand of the cause to the Commissioner pursuant to the fourth sentence of 42 U.S.C. § 405(g). *See* 42 U.S.C. § 405(g) ("The court shall have power to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying, or reversing the decision of the Commissioner of Social Security, with or without remanding the cause for a rehearing."). The plaintiff, Debrah Chandler, does not oppose the motion.

The court hereby grants the Commissioner's motion (doc. # 17). In accordance with the fourth sentence of 42 U.S.C. § 405(g), judgment shall be entered in favor of Chandler. The decision of the Commissioner is reversed and shall be remanded for further proceedings. On remand, the Administrative Law Judge ("ALJ") shall give further consideration to: (1) whether Chandler has a severe back impairment and whether De Quervain's tenosynovitis in Chandler's right wrist constitutes a severe impairment; (2) evidence from a medical expert will be obtained to assist with this determination and to determine whether De Quervain's tenosynovitis in Chandler's right wrist existed prior March 31, 2008, the last date Chandler was injured; (3) the ALJ will update the administrative record and give further consideration to Chandler's maximum

residual functional capacity; (4) supplemental vocational expert testimony will be obtained; and (5) the ALJ will be notified of Chandler's currently pending subsequent application and consolidate the records.

The clerk is instructed to enter judgment in favor of the plaintiff and close this file.

It is so ordered.

Dated at Bridgeport, Connecticut, this 7th day of March 2011.

/s/ Stefan R. Underhill
Stefan R. Underhill
United States District Judge